PHILLIP A. TALBERT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2775
Facsimile: (916) 554-2900
Email: Bobbie.Montoya@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:16-CV-01805-LJO-EPG |
|---|---|
| Petitioner, | **ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT** |
| v. | |
| TINA BARELA, | Date: Tuesday, October 17, 2017<br>Time: 8:30 a.m.<br>Crtm: 4, 7th Floor |
| Respondent. | Hon. Lawrence J. O'Neill |

Upon the Petition of PHILLIP A. TALBERT, United States Attorney for the Eastern District of California, including the Declaration of Revenue Officer Lisa Lopez, it is hereby:

ORDERED that the Respondent, TINA BARELA, appear before United States District Judge Lawrence J. O'Neill, in that Judge's courtroom in the United States Courthouse, 2500 Tulare Street, Fresno, CA 93721, on Tuesday, October 17, 2017, at 8:30 a.m., and that Respondent show cause as follows:

1. Why Respondent, TINA BARELA, should not be held in civil contempt of this Court for her failure to comply with the Order filed March 24, 2017, CR 10, directing Respondent to comply with the I.R.S. Summons issued on December 16, 2015.

2. Why the Respondent should not be incarcerated and ordered to pay a daily fine until she complies with the Order, and ordered to pay a compensatory fine to the United States.

IT IS FURTHER ORDERED that within seven (7) calendar days after the filing of this Order, the Respondent shall file and serve a written Response to the Order Enforcing Internal Revenue Summons (Adopting Magistrate Judge's Findings and Recommendations) filed March 24, 2017, CR 10.  Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition will be considered admitted.

Respondent is hereby notified that a failure to comply with the Order will subject Respondent to possible further sanctions for contempt of Court.

IT IS SO ORDERED.

Dated: **September 5, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE