IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CIVIL STATUS CONFERENCE OF TINA BARELA | Case No.: 1:16-cv-01805 LJO EPG<br><br>ORDER OF RELEASE |

On May 15, 2018, Ms. Barela was taken into custody on May 10, 2018 to compel compliance with numerous court orders concerning compliance with IRS document requests, having appeared pursuant to a warrant for her failure to appear. On May 15, 2018, the materials were produced and Ms. Barela has now complied with the court orders pending. The Government made an oral motion to dismiss their complaint. It was granted on the record.

IT IS HEREBY ORDERED that TINA BARELA be released forthwith. The Clerk of the Court is directed to close this action in its entirety.

IT IS SO ORDERED.

Dated: __**May 15, 2018**__  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE